UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JULIAN FYFFE | : | |
| VS. | : | 3:17-CV-00804-VLB |
| CITY OF BRIDGEPORT, ARMANDO PEREZ, JAMES BOULAY, JOHN DOE31-4 | : | AUGUST 16, 2017 |

## MOTION TO VOLUNTARILY WITHDRAW CASE WITHOUT PREJUDICE

Pursuant to rule 41(a)1 of the Federal Rule of Civil Procedures, the plaintiff voluntarily withdraws his case without prejudice to refile.

PLAINTIFF,

Michael A. Stratton
Stratton Trial P.C.
33 King Street Stratford,
CT 06615 Federal Bar
No. CT08166
mike@strattontrials.com

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all parties on this 16th day of August, 2017.

City of Bridgeport
City Clerk
45 Lyon Terrace
Bridgeport, CT 06604

James Boulay
Police Officer
45 Lyon Terrace
Bridgeport, CT 06604

Armando Perez
Chief Police Officer
45 Lyon Terrace
Bridgeport, CT 06604

John Doe #1-4
Police Officers
45 Lyon Terrace
Bridgeport, CT 06604

_____
Michael A. Stratton